NATHAN RUBIN, Appellant and Respondent, *v.* DAIRYMEN's LEAGUE CO-OPERATIVE ASSOCIATION, INC., Respondent and Appellant.

Submitted December 2, 1940; decided December 31, 1940.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 284 N. Y. 32.)